1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DONTA LADEAL KYLE,                          No.  2:21-CV-01376-KJM-DMC

12              Plaintiff,

13         v.                                      ORDER

14    JULIE NAMAN, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18    U.S.C. § 1983. Before the Court is Plaintiff's motion to proceed in forma pauperis. ECF No. 2.

19    Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

20    Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21          IT IS SO ORDERED.

22    Dated:  August 18, 2021

23                                          _____
                                            DENNIS M. COTA
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                            1